Due to the Thanksgiving holiday, there will be no Nebraska Supreme Court release of opinions for the week of November 23, 2018.